UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BAC HEALTH CARE FUND, TRUSTEES OF; MICHIGAN BAC PENSION FUND, TRUSTEES OF; MICHIGAN BAC APPRENTICESHIP & TRAINING FUND, TRUSTEES OF; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 2, AFL-CIO; BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF; and INTERNATIONAL MASONRY INSTITUTE, TRUSTEES OF; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,

                Plaintiffs,

v.

TEKTON ENTERPRISES LLC,

                Defendant.
_____/

Case No. 1:19-cv-1026

U.S. District Judge Maloney

Magistrate Judge Ray S. Kent

## CONSENT JUDGMENT AGAINST DEFENDANT TEKTON ENTERPRISES LLC

Based on Plaintiffs' and Defendant's stipulations and the attached Settlement Agreement:

IT IS ORDERED AND ADJUDGED that Defendant Tekton Enterprises LLC shall pay Plaintiffs the sum of **$195,671.70** in satisfaction of Plaintiffs' claims in the above-

1

*Consent Judgment*

referenced proceeding relating to asserted delinquent fringe benefit contributions, late payment assessments, and audit fees for the period June 2016 through July 2020.

IT IS FURTHER ORDERED AND ADJUDGED that:

1. The Settlement Agreement, incorporated into this Order, is between Plaintiffs and Defendant. Plaintiffs may enforce this Consent Judgment consistent with the terms of the Settlement Agreement; and

2. This Court retains jurisdiction to enforce this Consent Judgment and the terms of the Settlement Agreement.


Dated: July 6, 2021            _/s/ Paul L. Maloney_____
                                           U.S. District Judge Maloney

Agreed as to form and substance:

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| *s/ Megan B. Boelstler*_____ | *s/ Paul A. Albarran* |
| Christopher P. Legghio (P27378) | John J. Rolecki (P78460) |
| Lauren E. Crummel (P73333) | Paul A. Albarran (P82031) |
| Megan B. Boelstler (P79125) | Varnum LLP |
| Legghio & Israel, P.C. | 333 Bridge Street, N.W., Suite 1700 |
| 306 South Washington Avenue, Suite 600 | Grand Rapids, Michigan 49504-5365 |
| Royal Oak, Michigan 48067-3837 | 616.336.6000 |
| 248.398.5900 | jjrolecki@varnumlaw.com |
| cpl@legghioisrael.com | paalbarran@varnumlaw.com |
| crummel@legghioisrael.com | |
| mbb@legghioisrael.com | Date: June 15, 2021 |
| | |
| June 8, 2021 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BAC HEALTH CARE FUND, TRUSTEES OF; MICHIGAN BAC PENSION FUND, TRUSTEES OF; MICHIGAN BAC APPRENTICESHIP & TRAINING FUND, TRUSTEES OF; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 2, AFL-CIO; BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF; and INTERNATIONAL MASONRY INSTITUTE, TRUSTEES OF; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS,

Case No. 1:19-cv-01026-PLM-RSK

U.S. District Judge Paul L. Maloney

Magistrate Judge Ray S. Kent

Plaintiffs,

v.

TEKTON ENTERPRISES LLC,

Defendant.
_____/

# SETTLEMENT AGREEMENT

This Settlement Agreement (SA) settles all of Plaintiffs' fringe benefit delinquent contribution claims -- as well as related late payment assessments (LPAs), audit cost and attorney fees and costs claims -- contained in the lawsuit: *Michigan Bricklayers' Healthcare Fund, Trustees of, et al. v Tekton Enterprises*

*Settlement Agreement*        1

*LLC*, USDC Case No. 1:19-cv-1026 ("Lawsuit"). The terms of the SA are fully described below.

## I. Parties to the SA

The parties to this SA are Plaintiffs and Defendant.

1. Plaintiffs are the Trustees of the:

   a) Michigan BAC Health Care Fund;
   b) Michigan BAC Pension Fund;
   c) Michigan BAC Apprenticeship & Training Fund;
   d) Bricklayers & Trowel Trades International Pension Fund; and
   e) International Masonry Institute

2. Plaintiffs also include the International Union of Bricklayers and Allied Craftworkers and the International Union of Bricklayers and Allied Craftworkers, Local 2, AFL-CIO (collectively "Plaintiffs").

3. Defendant is Tekton Enterprises LLC ("Tekton").

## II. Audit Periods

4. Plaintiffs audited Tekton --- for the periods covering June 2016 through July 2020 -- pursuant to Tekton's 2014 through 2017, and 2017 through 2020 collective bargaining agreements ("CBAs") with BAC Local 2.

5. The audits asserted that Tekton owes a total of **$237,289.76** for covered work under Tekton's CBAs: **$154,053.63** in contributions and **$83,236.14** in LPAs, interest, audit costs, and yearly assessments.

6. Without admitting to the accuracy of the audit results or legal liability relating thereto, Tekton enters into this SA to resolve the Lawsuit with Plaintiffs.

## III. Settlement Terms

Plaintiffs and Defendant wish to fully and finally settle this lawsuit.

### A. *Economic Terms and Court Filings*

7. Tekton agrees to pay Plaintiffs one hundred ninety-five thousand, six hundred seventy-one dollars and seventy cents **($195,671.70)** ("Settlement Amount") in full and complete resolution of this Lawsuit.

8. Tekton shall pay the **$195,671.70** within 14 days of the execution of this SA.

9. Tekton shall make its payment by certified check made payable to: *Michigan BAC Fringe Benefit Funds*. Tekton's certified check shall be sent to:

> Michigan BAC Fringe Benefit Funds
> Attention: Dawn Aldrich-Harris
> TIC International Corp.
> 6525 Centurion Drive
> Lansing, Michigan 48917-9275

10. When this SA is signed, counsel for Plaintiffs and Defendant shall sign the Consent Judgment Against Defendant Tekton (Exhibit 1) in the total amount of **$195,671.70**. Plaintiffs shall file the Consent Judgment with the Court immediately thereafter.

### B. *Breach of SA*

11. If Tekton fails to timely make the settlement payment as required by this SA, Tekton shall be in breach of this SA.

12. If Tekton breaches the SA, Plaintiffs will immediately execute on the Consent Judgment of **$195,671.70** and retain all rights of a Judgment holder.

13. Should Tekton breach the SA, Tekton shall be given credit -- prior to Plaintiffs' execution on the Consent Judgment -- for any settlement payments made prior to Tekton's breach.

    C.    *No Waivers*

14. Tekton specifically acknowledges and understands that nothing in this SA is or shall be construed as a waiver of the Plaintiffs' rights to conduct an audit to determine whether additional amounts may be due under Tekton's CBAs for the period *after* July 2020.

15. Nor is the SA a waiver of the Plaintiffs' rights to pursue collection of any amounts owed to them (*e.g.*, contributions, LPAs, or interest) which also may be due *after* July 2020.

16. Tekton specifically acknowledges that this SA does not release or waive any Michigan or International BAC Pension Fund's claims for withdrawal liability, or any amounts related to the collection of withdrawal liability, for *any* period of time.

    D.    *Successors and Assigns*

17. This SA shall be binding and inure to the benefit of the successors and assigns of the parties hereto.

### E. *Review and Understanding*

18. The Parties agree that they have thoroughly reviewed this SA with their respective counsel, that they fully understand all of its provisions, and that they are voluntarily entering into this SA.

19. The Parties represent and acknowledge that in executing this SA they do not rely and have not relied on any representation of any Party to this SA or any representative of any Party regarding the subject matter, basis, meaning, or effect of this SA or otherwise.

### F. *Entire Agreement*

20. This SA sets forth the entire agreement and understanding between the Parties, including the resolution of this Lawsuit's claims against Tekton.

21. This SA includes the following one (1) exhibit:

   Exhibit 1 - Consent Judgment.

22. This SA may not be changed, modified, or terminated unless such changes are made in writing and signed by both Parties. Should any portion of this SA be ruled invalid, it shall not affect the enforceability and effect of the remaining provisions of the SA. Failure to enforce any provision of this SA shall not prejudice nor constitute a waiver of the enforcement of that provision or any other provision.

### G. *Counterparts/PDF Signatures*

23. This SA may be executed non-simultaneously and signed in any number of counterparts with the same effect as if the signature to each counterpart were deemed a single instrument and all such counterparts together shall be deemed an original of this SA. Any signature delivered by a party to this SA by e-mail PDF transmission shall be deemed to be an original signature hereto.

THIS AGREEMENT is effective as of __June 13___, 2021.

*[The rest of this page intentionally left blank.]*

| FOR PLAINTIFFS: | FOR DEFENDANT: |
|---|---|
| | *s/ Paul A. Albarran* |
| _____ | _____ |
| Christopher P. Legghio (P27378) | John J. Rolecki (P78460) |
| Megan B. Boelstler (P79125) | Paul A. Albarran (P82031) |
| Legghio & Israel, P.C. | Varnum LLP |
| 306 South Washington Avenue, Suite 600 | 333 Bridge Street, N.W., Suite 1700 |
| Royal Oak, Michigan 48067-3837 | Grand Rapids, Michigan 49504-5365 |
| 248.398.5900 | 616.336.6000 |
| cpl@legghioisrael.com | jjrolecki@varnumlaw.com |
| mbb@legghioisrael.com | paalbarran@varnumlaw.com |
| Date:_____ | Date:_____ |

**FOR BAC IU UNION AND BAC IU FUNDS:**

**FOR DEFENDANT:**

*Kenn Nickoles*

_____
David F. Stupar
Executive Director of International Pension Fund and the Assignee of the International Masonry Institute and International Union Bricklayers & Allied Craftworkers
Date:_____

Kenneth Nickoles
President, Tekton
Date:   6.13.2021

**FOR BAC LOCAL 2:**

_____
Chuck Kukawka
President, Bricklayers & Allied Craftworkers Local 2
Date:_____

_____
Paul Dunford
Secretary Treasurer, Bricklayers & Allied Craftworkers Local 2
Date:_____

**FOR PLAINTIFFS:**

*Megan B. Boelstler*
Christopher P. Legghio (P27378)
Megan B. Boelstler (P79125)
Legghio & Israel, P.C.
306 South Washington Avenue, Suite 600
Royal Oak, Michigan 48067-3837
248.398.5900
cpl@legghioisrael.com
mbb@legghioisrael.com
Date: 6-18-21

**FOR BAC IU UNION AND BAC IU FUNDS:**

*David F. Stupar*
David F. Stupar
Executive Director of International Pension
Fund and the Assignee of the International
Masonry Institute and International Union
Bricklayers & Allied Craftworkers
Date: 6/16/2021

**FOR BAC LOCAL 2:**

*Chuck Kukawka*
Chuck Kukawka
President, Bricklayers & Allied
Craftworkers Local 2
Date: 6/17/2021

*Paul Dunford*
Paul Dunford
Secretary Treasurer, Bricklayers & Allied
Craftworkers Local 2
Date: 6/17/2021

**FOR DEFENDANT:**

s/ Paul A. Albarran
John J. Rolecki (P78460)
Paul A. Albarran (P82031)
Varnum LLP
333 Bridge Street, N.W., Suite 1700
Grand Rapids, Michigan 49504-5365
616.336.6000
jjrolecki@varnumlaw.com
paalbarran@varnumlaw.com
Date:

**FOR DEFENDANT:**

*Kenn Nickoles*
Kenneth Nickoles
President, Tekton
Date: 6.13.2021